1  Gina M. Corena, Esq.
   Nevada Bar No. 10330
2  gina@lawofficecorena.com
   Christopher L. Benner, Esq.
3  Nevada Bar No. 8963
4  ChristopherLB@lawofficecorena.com
   GINA CORENA & ASSOCIATES
5  300 S. Fourth Street, Suite 1400
   Las Vegas, Nevada 89101
6  Telephone: (702) 680-1111
   Facsimile: (888) 897-6507
7  *Attorneys for Plaintiff*

8  **UNITED STATES DISTRICT COURT OF NEVADA**

| | |
|---|---|
| 9  SAMANTHA ALEXANDRIA HARPER-ALVAREZ, an individual; | CASE NO. 2:25-CV-00160-RFB-MDC |
| 10 | |
| 11 Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |
| 12 v. | |
| 13 GEICO ADVANTAGE INSURANCE COMPANY; DOES 1-X, and ROE CORPORATIONS I - X, inclusive, | **[ECF 6](First Request)** |
| 14 | **[Proposed] New Deadline** |
| 15 Defendants. | **March 3, 2025** |

16
17      Plaintiff Samantha Alexandria Harper-Alvarez ("Plaintiff"), and Defendant, Geico
18  Advantage Insurance Company, by and through their respective counsel of record, hereby
19  stipulate to extend the time for Plaintiff to Respond to Defendant's Motion to Dismiss [ECF 6],
20  filed on February 3, 2025, with a current deadline of February 17, 2025, by two (2) additional
21  weeks, to March 3, 2025. This is the first stipulation for extension to respond to the Motion to
22  Dismiss, being made before the current deadline of February 17, 2025. The parties are in active
23  settlement discussions which may resolve this matter, and in the course of same have determined
24  a reasonable extension is in all parties' interest, and will not prejudice or unduly burden either
25  party.
26  \\\
27  \\\
28

1

1    The new deadline to respond will be March 3, 2025.

DATED February 14, 2025                             DATED February 14, 2025

GINA CORENA & ASSOCIATES                            MCCORMICK, BARSTOW, ET AL.

/s/  Christopher Benner                             /s/  Jonathan Carlson
Gina M. Corena, Esq.                                Jonathan Carlson
Nevada Bar No. 10330                                Nevada Bar No. 10536
Christopher L. Benner, Esq.                         Chelsea M. Bravin
Nevada Bar No. 8963                                 Nevada Bar No. 16503
300 S. Fourth Street, Suite 1400                    8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89101                             Las Vegas, Nevada 89113
*Attorneys for Harper-Alvarez*                      *Attorneys for Geico Advantage Insurance Company*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 14, 2025

2