Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Christopher L. Benner, Esq.
Nevada Bar No. 8963
ChristopherLB@lawofficecorena.com
GINA CORENA & ASSOCIATES
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT OF NEVADA**

| | |
|---|---|
| SAMANTHA ALEXANDRIA HARPER-ALVAREZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY; DOES 1-X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO. 2:25-CV-00160-RFB-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**[ECF 6](Second Request)**<br><br>**[Proposed] New Deadline<br>March 17, 2025** |

Plaintiff Samantha Alexandria Harper-Alvarez ("Plaintiff"), and Defendant, Geico Advantage Insurance Company, by and through their respective counsel of record, hereby stipulate to extend the time for Plaintiff to Respond to Defendant's Motion to Dismiss [ECF 6], filed on February 3, 2025, with a current deadline of March 3, 2025, by two (2) additional weeks, to March 17, 2025. This is the second stipulation for extension to respond to the Motion to Dismiss, being made before the current deadline of March 3, 2025. The parties are in active settlement discussions which may resolve this matter, having made significant progress to date in exchanging offers and counters, but not yet having resolved the matter, and in the course of same have determined a reasonable extension is in all parties' interest, and will not prejudice or unduly burden either party.

\\\

1

1       The new deadline to respond will be March 17, 2025.

2   DATED February 28, 2025                     DATED February 28, 2025

3   GINA CORENA & ASSOCIATES           McCORMICK, BARSTOW, ET AL.

4   */s/ Christopher Benner*                    */s/ Jonathan Carlson*

Gina M. Corena, Esq.                        Jonathan Carlson
Nevada Bar No. 10330                    Nevada Bar No. 10536
Christopher L. Benner, Esq.             Chelsea M. Bravin
Nevada Bar No. 8963                      Nevada Bar No. 16503
300 S. Fourth Street, Suite 1400         8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89101               Las Vegas, Nevada 89113
*Attorneys for Harper-Alvarez*             *Attorneys for Geico Advantage Insurance Company*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 28, 2025

2