1  Gina M. Corena, Esq.
   Nevada Bar No. 10330
2  gina@lawofficecorena.com
   Jenna Pyle, Esq.
3  Nevada Bar No. 15309
4  jenna@lawofficecorena.com
   **GINA CORENA & ASSOCIATES**
5  300 S. Fourth Street, Suite 1400
   Las Vegas, Nevada 89101
6  Telephone: (702) 680-1111
   Facsimile: (888) 897-6507
7  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMANTHA ALEXANDRIA HARPER-ALVAREZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY; DOES 1-X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO. 2:25-CV-00160-RFB-MDC<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINES**<br><br>**[FIRST REQUEST]** |

COME NOW the parties, by and through their respective counsel of record, and hereby stipulate to extend the current deadlines by ninety days to conduct the necessary discovery in this matter.

The following discovery has been completed:

1. Plaintiff disclosed initial documents and witnesses pursuant to FRCP 16.1.

2. Defendant disclosed initial documents and witnesses pursuant to FRCP 16.1.

3. Defendant served written discovery upon Plaintiff.

4. Plaintiff responded to Defendant's written discovery requests.

5. Defendant has noticed the deposition of Plaintiff.

6. Plaintiff has served written discovery on Defendant.

An extension of the discovery deadlines in this case is sought despite the parties' earnest efforts in proceeding in discovery. There have been scheduling conflicts and difficulties completing the remaining discovery, pursuant to the current deadlines, as specified below:

1. Plaintiff's Deposition.
2. Defendant's FRCP 30(b)(6) Deposition.
3. Plaintiff's Medical Examination, pursuant to FRCP 35.
4. Plaintiff's Designation of its initial and rebuttal expert witnesses.
5. Defendants' Designation of its initial and rebuttal expert witnesses.
6. Depositions of designated retained and non-retained expert witnesses.
7. Serve subpoenas and supplemental written discovery as new information is obtained.
8. Other discovery permitted by the Rules of Civil Procedure or orders of this Court.

Also adding to the need to extend deadlines is that Plaintiff's deposition is presently scheduled for July 2, 2025 due to parties' availability. This is a mere few weeks before the present close of discovery and falls after the expert disclosure deadlines. Additionally, Plaintiff is in the process of noticing the deposition of GEICO's FRCP 30(b)(6) Deposition. Both of these depositions will be crucial to this claim and expert reports. Additionally, depositions still need to be taken, to include both Plaintiff's and Defendant's expert witnesses and presumably a medical examination of Plaintiff pursuant to FRCP 35.

As such, the parties have found that this matter will need extended deadlines to reasonably allow for discovery to consider the schedules of parties' depositions, Plaintiff's medical examination(s), expert disclosures, and expert witness depositions. The parties are needing to extend deadlines by at least an additional ninety (90) days to allow sufficient time to complete the needed discovery, which also causes a domino effect to the deadlines to Amending the Pleadings and Adding Parties, Dispositive Motions, and Pre-Trial Order. Furthermore, the

stipulation for extension of discovery is being made before the cut-off period of July 7, 2025.

The proposed extended schedule is as follows:

| Event | Previous Date | Proposed Date |
|---|---|---|
| Close of Discovery: | July 28, 2025 | October 27, 2025 |
| Amend Pleadings/Add Parties: | April 29, 2025 | CLOSED |
| Initial Expert Disclosures: | May 29, 2025 | August 27, 2025 |
| Rebuttal Expert Disclosures: | June 30, 2025 | September 29, 2025 |
| Dispositive Motions: | August 27, 2025 | November 26, 2025 |
| Joint Pretrial Order: | September 26, 2025 | December 30, 2025 |

DATED May 16, 2025
**GINA CORENA & ASSOCIATES**

/s/ Jenna Pyle
**Jenna Pyle, Esq.**
Nevada Bar No. 15309
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED May 16, 2025
**ROGERS, MASTRANGELO, CARVALHO & MITCHELL**

/s/ Jonathan Carlson
Jonathan Carlson
Nevada Bar No. 10536
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorneys for Geico Advantage Insurance Company*

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 5/20/2025

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the joint pretrial order.