McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
*jonathan.carlson@mccormickbarstow.com*
Chelsea M. Bravin
Nevada Bar No. 16503
*chelsea.bravin@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

*Attorneys for Defendant GEICO Advantage Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAMANTHA ALEXANDRIA HARPER-ALVAREZ,<br><br>Plaintiff,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-160-RFB-MDC<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

///

///

///

///

///

IT IS HEREBY STIPULATED by Plaintiff SAMANTHA ALEXANDRIA HARPER-ALVAREZ, by and through her counsel of record, and Defendant GEICO ADVANTAGE INSURANCE COMPANY, by and through their counsel of record that the above-entitled matter be dismissed with prejudice against Defendant GEICO ADVANTAGE INSURANCE COMPANY, the parties to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: May 29th, 2025

Dated: ~~May~~ XX 2025
June 6, 2025

GINA CORENA & ASSOCIATES

By: [signature]
Gina M. Corena, Esq.
Nevada Bar No.: 10330
Jenna Pyle, Esq.
Nevada Bar No. 15309
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
Attorney for Plaintiff

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Chelsea M. Bravin
Nevada Bar No. 16503
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Attorneys for Defendant
GEICO Advantage Insurance Company

## ORDER

**IT IS SO ORDERED.**

DATED this 6th day of June, 2025

[signature]
UNITED STATES DISTRICT COURT JUDGE
RICHARD F. BOULWARE, II

11655368.1